```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                           Norfolk Division
```

**BENJAMIN NEWSOME, Administrator of**
**the Estate of Joshua Johnson**

    **Plaintiff,**

    v.                                        Civil Action No. 2:14cv94

**MATTHEW WATSON and MATHEW WILLIAMS,**

    **Defendants.**

### MOTION TO DISMISS COUNT I OF THE SECOND AMENDED COMPLAINT
### PURSUANT TO RULE 12(b)(6)

Defendants Matthew Watson and Mathew Williams, by counsel, move to dismiss Count I of the Second Amended Complaint herein pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that it fails to state a claim against them on which relief could be granted, more specifically as follows:

    1.    Violations of "safety rules of police procedure" do not state claims under the Fourth Amendment.

    2.    Negligence is not the test of liability for a violation of the Fourth Amendment under 42 U.S.C. §1983.

    3.    Allegations about how the officers conducted themselves before the use of force are irrelevant and cannot be used to attack the use of force.

    4.    Allegations that the officers violated procedures or safety rules in a way that created or manufactured a situation in which one of them used deadly force do not state a claim for violation of the Fourth Amendment.

    5.    The Fourth Amendment does not provide a person who is being arrested a right to a means of "egress".

6.   The alleged violation by Watson in firing his weapon while Williams was in the line of fire is irrelevant to plaintiff's claim, because any such safety rule would exist to protect third parties, not plaintiff's decedent.

7.   The allegations about Williams are too vague to allow the court or the defendants to know where Williams was at the moment of the use of deadly force and too vague to allow the court to conclude that plaintiff's claim against either Watson or Williams present a plausible claim of constitutional violation.

WHEREFORE, defendants Matthew Watson and Mathew Williams pray the court will dismiss Count I of the Second Amended Complaint with prejudice and award them judgment thereon.

                                        **MATTHEW WATSON**
                                        **MATHEW WILLIAMS**

                                        _____/s/_____
                                        Melvin Wayne Ringer
                                            Chief Deputy City Attorney
                                        Virginia Bar number 20141
                                        wayne.ringer@norfolk.gov
                                        Tasha D. Scott
                                          Assistant City Attorney
                                        Virginia Bar number 68643
                                        tasha.scott@norfolk.gov
                                        Attorneys for defendants Matthew Watson
                                          and Mathew Williams
                                        City Attorney's Office
                                        810 Union Street
                                        Norfolk, VA 23510
                                        Phone: 757-664-4215
                                        Fax:  757-664-4201

**CERTIFICATION**

    I hereby certify that on this 7th day of July, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    John M. Cooper, Esq.
    Virginia Bar number 29064
    jcooper@cooperhurley.com
    William F. O'Mara, Jr., Esq.
    Virginia Bar number 77146
    bomara@cooperhurley.com
    Attorneys for plaintiff
    Cooper Hurley
    2014 Granby St. Ste. 200
    Norfolk, Virginia 23517
    Phone: 757-455-0077
    Fax: 757-455-8274

    _____/s/_____
    Melvin Wayne Ringer
      Chief Deputy City Attorney
    Virginia Bar number 20141
    wayne.ringer@norfolk.gov
    Tasha D. Scott
      Assistant City Attorney
    Virginia Bar number 68643
    tasha.scott@norfolk.gov
    Attorneys for defendants Matthew Watson
      and Mathew Williams
    City Attorney's Office
    810 Union Street
    Norfolk, VA 23510
    Phone: 757-664-4215
    Fax:  757-664-4201