*John M. Cooper
*Licensed in VA, WV, & NC*

†Jim Hurley
*Licensed in VA & FL*

Bill O'Mara
*Licensed in VA*

# COOPER HURLEY
## INJURY LAWYERS

2014 Granby Street, Suite 200 ♦ Norfolk, VA 23517
757.455.0077 Telephone ♦ 757.455.8274 Facsimile
866.455.6657 Toll Free
*www.cooperhurley.com*



*Client Meeting Locations
in Chesapeake, Hampton,
Newport News, and
Virginia Beach*

February 12, 2015

<u>Sent via email & 1st Class Mail</u>
Wayne Ringer, Esquire
Office of the Norfolk City Attorney
810 Union Street
900 City Hall Building
Norfolk, VA 23510

<u>Sent via email & 1st Class Mail</u>
Jim Brydges, Jr., Esquire
Taylor Walker PC
555 E. Main Street, Suite 1300
Norfolk, Virginia 23510

Re: *Benjamin Newsome, Administrator for the Estate of Joshua A. Johnson, Deceased v. Matthew Watson and Matthew William*

Dear Mr. Ringer:

My legal assistant, Stephanie, has talked to Mr. Brydges' office and he is available on Thursday, March 19, 2015. I will prepare a notice scheduling the hearing for that day at 10:00 a.m. Please let me know if you have any questions or need any additional information. Thank you for your kind cooperation.

Very truly yours,

John M. Cooper

JMC/sda

cc: Bill O'Mara, Jr., Esq.
Mr. Benjamin Newsome
The Honorable Raymond A. Jackson
(attn: Ms. Patrice Thompson)

✦✦✦✦✦✦✦
*†Named among Virginia **Super Lawyers** for personal injury law
*†Listed among "Top 100 Trial Lawyers" for Virginia
*† Member Multi-Million Dollar Advocates Forum