IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

BENJAMIN NEWSOME, Administrator of
the Estate of Joshua Johnson,

        Plaintiff,

v.                                              Civil Action No. 2:14cv94

MATTHEW WATSON,
And
MATHEW WILLIAMS,

        Defendants.

### ORDER APPROVING WRONGFUL DEATH SETTLEMENT

THIS CAUSE came before the Court, to be heard at the request of all parties for consideration and approval by this Court of a compromise and settlement of the claimed wrongful death of Joshua Johnson;

The parties have agreed to a settlement with the Defendants not admitting liability but agreeing to the settlement out of a spirit of compromise and in exchange for a full and complete release.

It APPEARING to the court that the following rulings should be made based upon the agreements reached at the hearing, after notice to all concerned parties and persons, and for good cause shown, it is hereby ORDERED as follows:

    The Defendants, Matthew Watson and Mathew Williams, as well as the City of Norfolk, the Norfolk Police Department and any related persons and entities are hereby released from any further liability whatsoever, now and in the future, related to this case and the alleged wrongful death of Joshua Johnson on or

[FILED MAR 19 2015 CLERK, US DISTRICT COURT NORFOLK, VA]

about May 20, 2013, in exchange for the sum of $ 163,000.00 (ONE HUNDRED SIXTY-THREE THOUSAND DOLLARS) which has been agreed to by the parties and approved by the court. This sum shall be paid to Benjamin Newsome, Administrator of the Estate of Joshua Johnson, and Cooper Hurley, PLLC, to be disbursed by Plaintiff's counsel as approved by this court as follows:

The court approves the attorney's fee to Cooper Hurley, PLLC in the amount of $ 34,848.75, with reimbursement to that law firm of costs advanced on the file of $18,489.68.

The court approves the agreed attorney's fee lien claim of Carl LaMondue, in the amount of $5,901.25, with reimbursement to that attorney of costs advanced on the file of $25.00.

The court approves the amount of $3,200.00, to be paid to Benjamin Newsome, as reimbursement for the funeral expenses.

The balance of the proceeds from the settlement in the amount of $100,535.32 shall be distributed for the benefit of the nine statutory beneficiaries who are determined to be:

| | | |
|---|---|---|
| Benjamin Newsome | Father of Decedent | Date of Birth: ███ 1959 |
| Charlene Johnson | Mother of Decedent | Date of Birth: ███, 1961 |
| Charles Johnson | Brother of Decedent | Date of Birth: ███, 1979 |
| Parrell Newsome | Brother of Decedent | Date of Birth: ███, 1980 |
| Caprice Johnson | Sister of Decedent | Date of Birth: ███ 1982 |
| William Johnson | Brother of Decedent | Date of Birth: ███, 1983 |
| Benjamin Johnson | Brother of Decedent | Date of Birth: ███, 1987 |

Marie Johnson      Sister of Decedent    Date of Birth: ████, 1989

Jahmal Newsome     Brother of Decedent   Date of Birth ████, 1995

The balance of the proceeds, $100,535.32, shall be divided among the nine statutory beneficiaries as follows:

$33,511.77 to be paid to Benjamin Newsome, Father of the Decedent

$33,511.78 to be paid to Charlene Johnson, Mother of the Decedent

$33,511.77 to be split evenly among the seven siblings as below:

| Payee | Reason for Payment | Payment Amount |
| --- | --- | --- |
| Charles Johnson | Statutory Beneficiary | $4,787.39 |
| Parrell Newsome | Statutory Beneficiary | $4,787.39 |
| Caprice Johnson | Statutory Beneficiary | $4,787.39 |
| William Johnson | Statutory Beneficiary | $4,787.39 |
| Benjamin Johnson | Statutory Beneficiary | $4,787.39 |
| Marie Johnson | Statutory Beneficiary | $4,787.39 |
| Jahmal Newsome | Statutory Beneficiary | $4,787.39 |

WHEREFORE, this action is DISMISSED WITH PREJUDICE.

Entered this 18th day of March, 2015.

Raymond A. Jackson
United States District Judge
Judge Raymond A. Jackson

I agree to the Order Approving Wrongful Death Settlement in the case of Benjamin Newsome, Administrator of the Estate of Joshua Johnson, v. Matthew Watson and Mathew Williams, and the disbursement of the proceeds.

_Charlene Johnson_ (signature)　　　　　　　1/30/15
Charlene Johnson　　　　　　　　　　　　　　Date

I agree to the Order Approving Wrongful Death Settlement in the case of Benjamin Newsome, Administrator of the Estate of Joshua Johnson, v. Matthew Watson and Mathew Williams, and the disbursement of the proceeds.

_Charles Johnson_             _1-30-15_
Charles Johnson                                 Date

I agree to the Order Approving Wrongful Death Settlement in the case of Benjamin Newsome, Administrator of the Estate of Joshua Johnson, v. Matthew Watson and Mathew Williams, and the disbursement of the proceeds.

_____  _11 Feb 2015_____
Parrell Newsome                                          Date

I agree to the Order Approving Wrongful Death Settlement in the case of Benjamin Newsome, Administrator of the Estate of Joshua Johnson, v. Matthew Watson and Mathew Williams, and the disbursement of the proceeds.

_____　　　_____
Caprice Johnson　　　　　　　　　　　　　Date

*[Signed: Caprice Johnson]　　　　　[Dated: Jan 31, 2015]*

I agree to the Order Approving Wrongful Death Settlement in the case of Benjamin Newsome, Administrator of the Estate of Joshua Johnson, v. Matthew Watson and Mathew Williams, and the disbursement of the proceeds.

_____  　　　　2·18·15
William Johnson　　　　　　　　　　　　　Date



I agree to the Order Approving Wrongful Death Settlement in the case of Benjamin Newsome, Administrator of the Estate of Joshua Johnson, v. Matthew Watson and Mathew Williams, and the disbursement of the proceeds.

_____       10 Feb 2015
Benjamin Johnson                                    Date

I agree to the Order Approving Wrongful Death Settlement in the case of Benjamin Newsome, Administrator of the Estate of Joshua Johnson, v. Matthew Watson and Mathew Williams, and the disbursement of the proceeds.

_Marie Johnson_                                  1-30-15
Marie Johnson                                     Date

I agree to the Order Approving Wrongful Death Settlement in the case of Benjamin Newsome, Administrator of the Estate of Joshua Johnson, v. Matthew Watson and Mathew Williams, and the disbursement of the proceeds.

_____        _1-30-15_____
Jahmal Newsome                            Date